NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SAM'L BINGHAM'S SON MANUFACTURING CO.

No. 13854.

United States Court of Appeals
Eighth Circuit.

Nov. 24, 1948.

David P. Findling, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Samuel Edes, of Washington, D. C., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.

Bill Gene MERRITT, Petitioner, v. UNITED STATES of America.

No. 13863.

United States Court of Appeals
Eighth Circuit.

Nov. 15, 1948.

Bill Gene Merritt, pro se.

PER CURIAM.

Motion of petitioner for leave to proceed in forma pauperis denied.

Hartzell William LEMONS v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 3738.

United States Court of Appeals
Tenth Circuit.

Nov. 30, 1948.

Dale M. Stucky, of Wichita, Kan., for appellant.

Lester Luther, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on ground that appeal was moot.